Denise MARFEO

v.

Stephen MARFEO.

No. 79–389–A.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Adler Pollock & Sheehan Incorporated, Richard G. Galli, Providence, for petitioner.

Kirshenbaum Law Offices, Inc., Sanford M. Kirshenbaum, Allen M. Kirshenbaum, Providence, for respondent.

ORDER

The petitioner's motion to dismiss this appeal is denied. The respondent's motion for extension as prayed is granted.

Anna A. PERRY

v.

Linwood G. HOWARD, Jr.

No. 79–185–A.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Quinn, Cuzzone & Geremia, John F. Cuzzone, Jr., Providence, for plaintiff.

Gunning, LaFazia & Gnys, Inc., Netti C. Vogel, Providence, for defendant.

ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

James C. RAWLINSON et al.

v.

BOARD OF CANVASSERS OF the CITY OF WOONSOCKET et al.

No. 79–432–M.P.

Supreme Court of Rhode Island.

Nov. 16, 1979.

James C. Rawlinson, pro se.

ORDER

The petition for writ of mandamus is denied.